```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

S.A., et al.,

                              Plaintiffs,         22-CV-06961 (PGG)(SN)

         -against-                                ORDER

CITY OF NEW YORK, et al.,

                              Defendants.
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/2022

**SARAH NETBURN, United States Magistrate Judge**:

On Thursday, December 01, 2022, the Honorable Paul G. Gardephe referred this matter to my docket for settlement. ECF No. 12. The parties are directed to file a joint letter informing the Court about the status of settlement negotiations no later than December 16, 2022. If the letter contains confidential settlement negotiations, the parties may submit the letter by e-mail to netburn_nysdchambers@nysd.uscourts.gov.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         December 6, 2022