```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

S.A., et al.,

                    **Plaintiffs,**

    -against-

CITY OF NEW YORK, et al.,

                    **Defendant.**

-----------------------------------------------------------------X

22-CV-06961 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On December 19, 2022, the Court ordered the parties to submit a letter on the status of settlement every two weeks. ECF No. 22. Accordingly, the parties were due to submit a letter by July 5, 2023. As no such filing has been made, the parties are directed to file a status letter by Wednesday, July 12, 2023, and every two weeks thereafter.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               July 7, 2023